# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                      No. 4:19-cr-00325-JM

KENYA LASALE NICHOLSON                      DEFENDANT

## **ORDER**

The motion filed by the United States to dismiss the information against Kenya Lasale Nicholson in this matter is GRANTED. Document #2. The information in the above referenced case is dismissed without prejudice and the warrant recalled.

IT IS SO ORDERED this 22nd day of July, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE